## Commonwealth *v.* Burnside, Appellant.

Argued June 16, 1971. *Harold Freudenheim,* with him *Kanner, Stein, Feinberg & Barol,* for appellant; *Richard Max Bockol,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Bush, Appellant.

Submitted June 14, 1971. *Alfred P. Filippone,* and *Girone & Filippone,* for appellant; *Stephen J. Margolin* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.